IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In Re: | Case No. 09-14446-SAH |
|---|---|
| ANDERSON, KAILEE ANN | Chapter 7 |
| Debtor. | |

**PAYMENT OF FUNDS TO THE CLERK**
**PURSUANT TO BANKRUPTCY RULE 3010**

    ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000002A | Oklahoma Tax Commission<br>120 N. Robinson, Ste 200-W<br>Oklahoma City, OK 73102 | $1.36 |

**TOTAL**      **$1.36**

DATED: January 11, 2011

    /s/ Robert A. Brown_____
    ROBERT A. BROWN, Trustee
    123 WEST 7TH AVENUE, SUITE 102
    STILLWATER, OK  74074
    405.377.8185
    bob@bobbrownattorney.com

| | |
|---|---|
| REMITTED TO COURT | BANK OF AMERICA, N.A.  CHECK NUMBER **3008** |

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

32-1/1110 TX 0

DATE: 01/10/11    AMOUNT: ************1.36

**1835992**

PAY TO THE ORDER OF

CASE NUMBER: 09-14446   SAH    ESTATE OF    Debtor: ANDERSON, KAILEE ANN

GRANT E PRICE
CLERK OF THE COURT
U S BANKRUPTCY COURT
215 DEAN A MCGEE AVE
OKLAHOMA CITY OK 73102

*One Dollar And 36/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003008⑈ ⑆111000012⑆    1671⑈

---

Date: 01/10/11    Check Number: 3008    Amount: 1.36

Case Number: 09-14446   SAH
Debtor Name: ANDERSON, KAILEE ANN
SSN: ███-██-9462

Paid To:
GRANT E PRICE
CLERK OF THE COURT
U S BANKRUPTCY COURT
215 DEAN A MCGEE AVE
OKLAHOMA CITY OK 73102

Trustee:
ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

Description: REMITTED TO COURT

Bank Account Number: ████1671